IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD G. STINSON,

        Petitioner,

  v.

BOARD OF PRISON TERMS, et al.,

        Respondents.
                                       /

No. CV-07-0282 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

1. The petition for a writ of habeas corpus is hereby DISMISSED as moot.

2. Petitioner's pending motions are hereby DENIED as moot.


Dated: February 4, 2008                                   Richard W. Wieking, Clerk

                                                                                By: Tracy Lucero
                                                                                 Deputy Clerk