IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD G. STINSON, <br><br> Petitioner, <br><br> v. <br><br> BOARD OF PRISON TERMS, et al., <br><br> Respondents. <br> _____ | No. C 07-0282 MMC (PR) <br><br> **ORDER DENYING CERTIFICATE OF APPEALABILITY; DENYING REQUEST FOR TRANSCRIPTS AT GOVERNMENT EXPENSE** <br><br> **(Docket Nos. 22 & 23)** |

  On January 17, 2007, petitioner, a California prisoner proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his 2006 parole revocation hearing. On February 4, 2008, respondent's motion to dismiss the petition as moot was granted and judgment was entered. Petitioner has now filed a notice of appeal from the entry of judgment in respondent's favor and a request for a certificate of appealability pursuant to 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b). Petitioner has not shown, however, "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484 (2000). Accordingly, the request for a certificate of appealability is hereby DENIED.

  Together with his request for a certificate of appealability petitioner has filed a request for transcripts, at government expense, of all hearings held in this action. No hearings were

held, however, as the petition was decided on the papers. Accordingly, petitioner's request for transcripts is hereby DENIED.

The Clerk shall forward this order, along with the case file, to the United States Court of Appeals for the Ninth Circuit, from which petitioner may also seek a certificate of appealability. See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997). This order terminates Docket Nos. 22 and 23.

IT IS SO ORDERED.

DATED: April 24, 2008

_____
MAXINE M. CHESNEY
United States District Judge